IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br>v.<br><br>LOUIS & RIPARETTI, INC., a corporation; DARREL LOUIS, an individual; and the LOUIS & RIPARETTI RETIREMENT PLAN, an employee benefit plan,<br><br>Defendants.<br>_____/ | No. C 12-01770 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 13, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. This matter is referred to a magistrate judge for the purpose of completing a settlement conference within 90 days of the issuance of this order depending upon the schedule of the assigned magistrate judge. The parties shall promptly notify the Court whether the case is resolved at the conference.

2. DISCOVERY.

On or before November 15, 2012, all initial disclosures shall be made. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25)

interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.  On or before January 1, 2013 parties shall disclose expert witnesses.  The cut-off for all discovery shall be May 1, 2013.

3. FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **May 2, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4. PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard on August 15, 2013.

5. PRETRIAL CONFERENCE.  The final pretrial conference will be held on **October 17, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE.  Trial shall commence on **October 28, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  9/13/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2