IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS & RIPARETTI, INC., et al.,<br><br>Defendants. | Case No. C12-1770 JST (JSC)<br><br>**ORDER FOR JUNE 17, 2013 SETTLEMENT CONFERENCE** |

The parties are ordered to appear in Courtroom F at 9:00 a.m. on Monday, June 17, 2013 for a settlement conference. **Defendants must appear in person with their auditor.** No continuances shall be granted and neither the auditor nor any defendant will be excused from attending in person. This settlement conference shall be vacated only if Defendants provide Plaintiff with their completed auditor's report on or before **June 12, 2013**. This settlement conference is in addition to the conference currently scheduled for June 26, 2013. Defendants shall notify the Court if the auditor's report has been provided to Plaintiff and the June 17 conference is no longer needed.

**IT IS SO ORDERED.**

Dated: May 31, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE