JANET M. HEROLD, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
CA State Bar No. 256653
BENJAMIN R. BOTTS, Trial Attorney
CA State Bar No. 274542
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7767
Facsimile: (415) 625-7772
Email: botts.benjamin.r@dol.gov

Attorneys for Plaintiff, United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,[1] SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>       Plaintiff,<br><br>  vs.<br><br>LOUIS & RIPARETTI, INC., a corporation; DARREL LOUIS, an individual; and the LOUIS & RIPARETTI RETIREMENT PLAN, an employee benefit plan;<br><br>       Defendants. | Case No 3:12-CV-01770-JST<br><br>**JOINT STIPULATION RE: EXTENSION OF FACT DISCOVERY CUTOFF**<br><br>**Hon. Jon S. Tigar** |

---

[1] Thomas E. Perez was sworn in as Secretary of Labor on July 23, 2013. Pursuant to F.R.C.P. 25(d) the caption has been changed to reflect his appointment.

Pursuant to the Court's July 10, 2013 Scheduling Order, the fact discovery cutoff in this case is February 14, 2014. Dkt. No. 48. In order to provide additional time for the parties to negotiate a settlement in this case before incurring substantial discovery costs, the parties hereby stipulate to extend the fact discovery cutoff 30 days, until March 17, 2014. This extension of time shall not affect any of the other deadlines listed in the Court's July 13, 2013 Scheduling Order.

AGREED:

Dated: February 7, 2014

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIELLE L. JABERG
Counsel for ERISA

 /s/ Benjamin Botts
BENJAMIN R. BOTTS
Trial Attorney

Attorneys for the Plaintiff
U.S. Secretary of Labor

Dated: February 7, 2014

 /s/ Susan Bishop
SUSAN BISHOP
Berliner Cohen

Attorneys for Louis & Riparetti, Inc. and Darrel Louis

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2014

The Honorable Jon S. Tigar
United States District Judge

JOINT STIPULATION                                - 2 -
CASE NO. 3:12-cv-01770-JST